November 7, 1980.

429 A.2d 734

Commonwealth v. Crawford, Appellant.

Submitted December 6, 1979.   John W. Packel, Chief Appeals, Assistant Public Defender, for appellant;   Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*
Judgment affirmed.

ROBERTS, J. concurred in the result.